Opinion issued July 2, 2015



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00411-CR

_____

## EX PARTE JULIO J. LEBRON

---

**On Appeal from the County Criminal Court at Law No. 15**
**Harris County, Texas**
**Trial Court Case No. 2020596**

---

## MEMORANDUM OPINION

Appellant, Julio J. Lebron, has filed a motion to dismiss this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decision has issued in this case. *See* TEX. R. APP. P. 42.2(a), (b). Accordingly, we grant the motion and dismiss the appeal. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).